UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey D. Turner,

      Plaintiff,

v.                                                                    Case No. 14-13213

Commissioner of Social Security,                 Honorable Sean F. Cox
                                                                       Magistrate Judge David R. Grand

      Defendant.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal.  On August 19, 2014, Plaintiff Jeffrey D. Turner, acting *pro se*, filed his Complaint against the Commissioner of Social Security, appealing an Administrative Law Judge's denial of his application for disability insurance benefits.  (Doc. #1).

On April 15, 2015, Defendant filed a Motion to Dismiss.  (Doc. #11).  Defendant argues that Plaintiff's Complaint should be dismissed because it was filed beyond the deadline set forth in 42 U.S.C. § 405(g).  Plaintiff did not file a response to Defendant's motion.  The motion was referred to Magistrate Judge David R. Grand for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).  (Doc. #4).

On July 30, 2015, Magistrate Judge Grand issued a Report and Recommendation ("R&R") wherein he recommended that this Court GRANT Defendant's Motion to Dismiss.  (R&R, Doc. #15).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being

served with a copy of the R&R.  Fed. R. Civ. P. 72(b)(2).  "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed.  Furthermore, the Court agrees with the Magistrate Judge's recommendation.  Therefore, the Court hereby ADOPTS the July 30, 2015 R&R.  IT IS ORDERED that Defendant's Motion to Dismiss (Doc. #11) is GRANTED.

**IT IS SO ORDERED.**

Dated:  August 25, 2015
S/ Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on August 25, 2015, the foregoing document was served on counsel of record via electronic means and upon Jeffrey D. Turner via First Class mail at the address below:

Jeffrey D Turner
6645 St. Vincent Street
Monroe, MI 48161

S/ J. McCoy
Case Manager